# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT L. SPIVEY, JR.,

    Plaintiff,

v.                                              Case No: 8:14-cv-1604-T-30AEP

HONEYCOMB HOSPITALITY, LLC and
BURTON BULLARD,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion to Approve Settlement, Dismiss FLSA Claim, and to Cancel Hearing Scheduled for November 10, 2014 at 10:00 A.M. (Dkt. 13). The parties have entered into a settlement agreement disposing of the Fair Labor Standards Act ("FLSA") claims brought by the Plaintiff. The Court, having reviewed the terms of the settlement agreement, hereby finds that the agreement represents a reasonable compromise of Plaintiff's claims pursuant to the FLSA and otherwise satisfies the essential requirements of the law. Upon review and consideration, it is therefore

    ORDERED AND ADJUDGED that:

1. The parties' Joint Motion to Approve Settlement, Dismiss FLSA Claim, and to Cancel Hearing Scheduled for November 10, 2014 at 10:00 A.M. (Dkt. 13) is GRANTED.

2. The parties' settlement agreement is hereby APPROVED.

3. Plaintiff's FLSA claim is dismissed as moot.

4. The hearing scheduled for November 10, 2014 is cancelled.

5. This case shall remain open.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-1604 approve flsa settlement.docx

2